## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-CR-00304 (CJN) |
| | : | |
| **LEE A. GIOBBIE,** | : | |
| | : | |
| **Defendant.** | : | |

### MOTION TO DISMISS COUNT ONE OF THE INDICTMENT

The United States of America respectfully submits this motion to dismiss Count One of the Indictment charging Obstruction of an Official Proceeding in violation of 18 U.S.C. § 1512(c)(2) in the interests of justice.  ECF No. 17.

The Indictment was returned on June 26, 2024.  The Defendant has not yet been arraigned on the Indictment.  Arraignment is set for August 6, 2024.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:    */s/ Cari F. Walsh*
        CARI F. WALSH
        Assistant United States Attorney
        MO Bar No. 37867
        U.S. Attorney's Office for the District of Columbia
        601 D Street N.W.
        Washington, DC 20530
        Phone: (816) 426-4307
        Email: Cari.Walsh@usdoj.gov