# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-CR-00304 (CJN) |
| | : | |
| | : | |
| **LEE A. GIOBBIE,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF ATTORNEY WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney, Cari Walsh, as counsel for the United States, is terminating her appearance as counsel of record in this matter. Benjamin J. Smith, government counsel noted on the docket at the time of this filing, will remain counsel for the United States.

Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY D.C.
D.C. Bar No. 481052

Date: October 3rd, 2024

BY: /s/ *Cari Walsh*
Cari Walsh
Assistant United States Attorney
MO Bar # 37867
Cari.walsh@usdoj.gov
Benjamin J. Smith
Assistant United States Attorney
N.Y. Bar Number 5220637
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
202-252-2428
Benjamin.smith4@usdoj.gov